Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

Bonnie M Atkins

v.

Rochester City School District

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 15-CV-6498

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the District's motion for summary judgment is granted and Plaintiffs claims are dismissed with prejudice.

Date: March 30, 2018

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Elizabeth Burger
    Deputy Clerk